**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

Monique Smith

Barbara Smith

_(In the space above enter the full name(s) of the plaintiff(s).)_

- against -

Christopher Richter, individually and as

Police Officer with the Borough of Fort

Lee Police Department,

Borough of Fort Lee Police Department

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

**COMPLAINT**

Jury Trial: [X] Yes [ ] No

(check one)

**RECEIVED**

AUG 3 0 2023

AT 8:30_____M
**CLERK, U.S. DISTRICT COURT - DNJ**

I.    **Parties in this complaint:**

A.    List your name, address and telephone number. Do the same for any additional   plaintiffs named. Attach additional sheets of paper as necessary.

| Plaintiff | Name | Monique Smith / Barbara Smith |
|---|---|---|
| | Street Address | 14 Independence Trail |
| | County, City | Passaic, Totowa |
| | State & Zip Code | New Jersey & 07512 |
| | Telephone Number | (973) 790-1731 |

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name __Police Officer Christopher Richter__

Street Address ____1327 16th Street____

County, City _____Bergen, Fort Lee_____

State & Zip Code __New Jersey & 07024__

Defendant No. 2

Name __Fort Lee Police Department__

Street Address ____1327 16th Street____

County, City _____Bergen, Fort Lee_____

State & Zip Code __New Jersey & 07024__

Defendant No. 3

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 4

Name _____

Street Address _____

County, City _____

State & Zip Code _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case  involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. §  1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal Questions          [ ] Diversity of Citizenship

[ ] U.S. Government Plaintiff   [ ] U.S. Government Defendant

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? __THE District Court has subject matter jurisdiction pursuant to__ __U.S. Civil Statutes: 28 USC 1331 (federal question) and 28 USC 1343__ __(violation of civil rights). Also, supplemental jurisdiction over__ __state claimsper 28 USC 1391.__ - 2 -

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

## III.    Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? The events occurred on Palisade Ave,. across the street from the Bank of America located at: 154 Main St., Fort Lee, NJ.

B.    What date and approximate time did the events giving rise to your claim(s) occur? The events took place on Wednesday, July 12, 2023 at approximately 12:29PM.

C.    Facts: Defendant, Police Officer, Christopher Richter, responded to an automobile accident where both Plaintiffs were present in 1 of 2 vehicles As a result of the conflicting details provided to Officer Richter; one Plaintiff temporarily left the reporting scene to speak with Bank of America (BOA) personnel to confirm they had video footage of the accident. Plaintiff returned to accident scene and informed Defendant that accident narrative disparity could be resolved via the BOA video footage. Defendant declined due to his belief he needed a subpoena. Plaintiff, next contacted BOA and learned the video accident footage could be provided to a police officer without a subpoena. Plaintiff then documented steps for Defendant to obtain video to produce an accurate accident report. Plaintiff delivered letter to Defendant at the Fort Lee Police Department on July 13 or 14, 2023. After Plaintiff viewed Defendant's egregiously innacurate Crash Investigation Report at the Fort Lee Police Dept., she immediately requested Defendant be called into the station to discuss the report. Defendant admitted that he only documented the other driver's accident account, which automatically assessed fault to Plaintiff.

Officer Richter intentionally omitted traffic accident details provided by 2 of 3 witnesses that produced a biased and prejudicial outcome in the falsified crash Investigation Report.

In Defendant's decision to document only one person's version of the accident, Defendant intentionally violated Plaintiffs' Constitutional and Civil rights, breached his impartiality duty as a law enforcement officer, provided unjust enrichment to a third party, and as a result, Plaintiffs must take substantial measures to overcome his official misconduct.

_____ What happened to you?

_____ Who did what?

_____ Was anyone else involved?

_____ Who else saw what happened?

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

_____

_____

_____

_____

_____

_____

_____

_____

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

_    $800.00 – District Court filing  and service process fees, Subpoena fees

–    Judgment for compensatory and punitive damages in an amount to be determined at trial, plus reasonable attorney fees pursuant to U.S. Civil Statute 42 USC 1988.

– A jury trial on all appropriate issues.

– An award of costs and expenses

– Any and all other relief this Court deems appropriate

_____

_____

_____

_____

- 4 -

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 30th day of August , 20 23

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 30th day of August , 20 23.

Signature of Plaintiff Monique Smith    Signature of Plaintiff Barbara Smith

Mailing Address 14 Independence Trail    Mailing Address 14 Independence Trl.
Totowa, NJ 07512    Totowa, NJ 07512

Telephone Number (973) 790-1731    Telephone Number (973) 790 1731

Fax Number (if you have one) _____    Fax Number (if you have one) _____

E-mail Address _____    E-mail Address _____

Note:  All plaintiffs named in the caption of the complaint must date and sign the complaint.

Monique Smith
Signature of Plaintiffs Barbara Smith